# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00594-CR
NO. 03-13-00595-CR

**Joseph Edward McKenzie, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT
NOS. 2008R-073 & 2008R-074,
THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's notice of appeal was filed on August 26, 2013. After this Court granted multiple extensions of time, appellant's brief most recently was due on September 18, 2014. When granting the most recent extension, we informed appellant's retained counsel that no further extensions would be granted. The brief has not been filed and is now overdue.

We hereby order appellant's counsel, Calvin Garvie, to tender a brief in this cause no later than October 10, 2014. Failure to file the brief by that date will result in counsel being called before this Court to show cause why he should not be held in contempt for violating this order, and the cause will be abated to the trial court. *See* Tex. R. App. Proc. 38.8.

It is so ordered on this the 30th day of September, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

Do Not Publish